**Electronically Filed
Supreme Court
SCWC-30382
21-DEC-2010
09:29 AM**

NO. SCWC-30382

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JOHN P. DUNBAR, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 2DTI-09-025858)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., for the court[1])

Upon consideration of the motion for reconsideration of the December 2, 2010 order dismissing the application for a writ of certiorari,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, December 21, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nishimura, assigned by reason of vacancy.